```
                IN THE UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                           WESTERN DIVISION


IN RE:                              :    CASE NO. 18-12673
                                         CHAPTER 13
     CHRISTOPHER D. SHAVER          :
     JULIE M. SHAVER                     JUDGE BETH A. BUCHANAN
     DEBTOR(S)
                                    :    TRUSTEE'S OBJECTION
                                         TO CONFIRMATION
```

Comes now the Chapter 13 Trustee, Margaret A. Burks and files this objection to the Plan filed by debtor(s). The Trustee objects for the reasons stated herein. Requested documents have not been provided.

a) Liquidation Analysis.
b) Does homeowner's insurance cover daycare?
c) Add City of Springdale to Schedule E and Matrix. Payment plan in effect? Tax arrearage should be paid through Plan

The Trustee requests that the Court uphold her objection.

Respectfully submitted,

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
513-621-4488
513 621-2643 (facsimile)
mburks@cinn13.org Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Objection to Confirmation was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on September 11, 2018 addressed to:

Christopher D. Shaver
Julie M. Shaver
debtor(s)
269 West Kemper Road
Cincinnati, Ohio 45246


    /s/<u>Margaret A. Burks, Esq.</u>
      Margaret A. Burks, Esq.

      Francis J. DiCesare, Esq.

      Karolina F. Perr, Esq.

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

IN RE:                                  :     CASE NO. 18-12673
                                              CHAPTER 13
    CHRISTOPHER D. SHAVER          :     JUDGE BETH A. BUCHANAN
    JULIE M. SHAVER
    DEBTOR(S)                      :

                                                :     **NOTICE OF OBJECTION**
                                                        **TO CONFIRMATION**

      The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the court objecting to the confirmation of the above-referenced case.

      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in objection to confirmation, or if you want the court to consider your views on the objection, October 18, 2018, at the United States Bankruptcy Court, Atrium II, Suite 800, 221 East 4th Street, Cincinnati, Ohio 45202.

      You may also file a Response explaining your position.

           If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the confirmation hearing.

           If you file a Response, you must also mail a copy to:

Margaret A. Burks                              U.S. Trustee
Chapter 13 Trustee                             36 East 7th Street
600 Vine Street                                Suite 2030
Suite 2200                                     Cincinnati, Ohio 45202
Cincinnati, Ohio 45202

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.


Date: September 11, 2018          /s/   <u>Margaret A. Burks, Esq.</u>
                                        Margaret A. Burks, Esq.